

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION
## AT MACON, GEORGIA

### MINUTE SHEET
### OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 3/8/2018 | Type of Hearing: | MSJ hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Amble Johnson |
| Courtroom: | A | | |

### Case Number: 5:17-CV-24(MTT)

| | | |
|---|---|---|
| Anne King | Counsel: | Ken Hodges<br>Andre Tennille<br>CourtneyShelton |
| v. | | |
| Corey King | Counsel: | Tim Buckley<br>Taylor Hensel |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 51 minutes

| | |
|---|---|
| 1:27 pm | Called to order. Argument by Mr. Buckley. |
| 1:50 pm | Argument by Mr. Hodges. |
| 2:09 pm | Argument by Mr. Buckley. |
| 2:13 pm | The Court ordered the parties to supplement their briefs simultaneously within two weeks on the issue of (1) whether Defendant Burgamy is absolved of § 1983 liability if Magistrate Todd ordered or directed him to sign an affidavit for Ms. King's arrest, and (2) Burgamy's argument that the relevant qualified immunity issue is whether it was clearly established that an officer was required to refuse to sign an affidavit swearing that probable cause existed to arrest a person for violation of a law that has been held to be unconstitutional. If a reply is necessary, reply due seven days thereafter. |
| 2:18 pm | Matter concluded. |